1054

No. 97–8104.  LEMONS v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 97–8105.  MUSCHETTE v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 97–8106.  MARCEAU v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 97–8108.  JONES v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 97–8109.  MARONEY v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 97–8114.  ALARCON v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 97–8115.  BACON v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 97–8121.  WILLIAMS v. UNITED STATES PAROLE COMMISSION.  C. A. 11th Cir.  Certiorari denied.

No. 97–8125.  HAMILTON v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 97–8135.  RICE v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 97–8145.  YOUNGER v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 97–8153.  MCCLOUD v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 97–8154.  MARSH v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 97–8162.  BIVENS v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 97–1234.  NEWMAN v. CONSOLIDATION COAL CO.  C. A. 3d Cir.  Motion of petitioner for leave to proceed as a seaman granted.  Certiorari denied.